UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEVIN L. BLAKE,

    Plaintiff,

v.                                                            Case No. 3:23cv8554-LC-HTC

LIEUTENANT ORTEGA, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on December 28, 2023 (ECF No. 47), recommending the claims against Defendant Aguirre be dismissed without prejudice under Federal Rule of Civil Procedure 4(m). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (ECF No. 47) is adopted and incorporated by reference in this order.

2. Plaintiff's claims against Defendant Aguirre are DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 4(m).

3. The clerk is directed to terminate Aguirre as a defendant in this case.

4. The case is referred to the assigned magistrate judge for further proceedings.

**DONE AND ORDERED** this 31st day of January, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**