UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEVIN L. BLAKE,

    Plaintiff,

v.                                Case No. 3:23cv8554-LC-HTC

LT. ORTEGA, et al.,

    Defendants.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on March 18, 2024, (ECF No. 56), recommending that Defendants' motions to dismiss, (ECF Nos. 37 & 45), be **GRANTED IN PART** insofar as they seek dismissal of Plaintiff's claim for compensatory damages. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Defendants filed objections (ECF No. 57).

Having considered the Report and Recommendation and conducted a *de novo* review of the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 56) is adopted and incorporated by reference in this order.

2. Defendants' motions to dismiss, Docs. 37 & 45, are GRANTED IN PART, ONLY AS TO PLAINTIFF'S CLAIMS FOR COMPENSATORY DAMAGES.

3. Defendants shall file an answer to the second amended complaint within fourteen (14) days of this Order.

4. This case is referred to the magistrate judge for further proceedings.

**ORDERED** on this 6th day of May, 2024.

                                     s/ *L.A. Collier*
                                   Lacey A. Collier
                          Senior United States District Judge